William Peyton Akers, Esq., *Partner*  *peyton@aclawva.com*   Thomas Edward Cleator, Esq., *Partner*  *tom@aclawva.com*

Yulia L. Kovregina, Esq., *Associate Attorney*
*yulia@aclawva.com*



**Phone:** (757) 707-8838                          **Fax:** (757) 707-8828
3917 Midlands Road, Building 2, Suite 100, Williamsburg, VA 23188

June 25th, 2024

<u>**VIA CM/ECF ONLY**</u>:
Hon. Fernando Galindo, Clerk
U.S. District Court – Eastern District of Virginia
Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510

Re:     **Submission of Exhibit - Video**
Michael T. Rusk v. James City County, et al.

Dear Mr. Galindo,

I have initiated the above-referenced civil action today by submission of a Complaint via CM/ECF. It is my intention to file video recordings as Exhibits in this action. Please be advised that I will have a physical copy of these video recordings hand-delivered to your Courthouse. Should you have any questions or concerns regarding this matter, please contact me.

Sincerely,

*W. Peyton Akers*

William Peyton Akers, Esq.
_____
Akers & Cleator Law Group, P.L.L.C.
3917 Midlands Road, Building 2, Suite 100,
Williamsburg, VA 23188
Phone: (757) 707-8838
Facsimile: (757) 707-8828
Electronic Mail: *peyton@aclawva.com*