

# Performance Conference Form

Employee Name: Rusk, Michael T.                    Department: 062-Police

Division: Operations          Supervisor: Sgt. Chris Gibson        Position: Police Officer II

Start Date: March 16, 2021    Evaluation Date: July 22, 2022       Type of Evaluation:
                                                                   ✓ Annual   ☐ Introductory
                   **DESCRIPTION OF PERFORMANCE**                  ☐ Close-out

List below examples of performance, accomplishments and areas for improvement.

During the previous year, Ofc. Rusk continues to grow and adapt in his current role and has shown an increasing level of confidence in his own abilities. Ofc. Rusk is an active and productive member of Midnight Shift. He is quick to provide help to newer officers but will also reach out to senior officers and his supervisors when he encounters incidents that he is not familiar with. Ofc. Rusk frequently makes himself available to help out during manpower shortages. In the past year he has received several compliments for his handling of calls for service, and was recognized for his life-saving efforts involving an overdose. Ofc. Rusk was selected as a member of the Marine Patrol Unit and advanced to the position of Police Officer II. He also attended drug interdiction training and put his training into use, resulting in the arrest of several narcotic violators. Ofc. Rusk has had several instances of missed training/appointments and has been reminded of the importance of keeping and using an accurate schedule.

Goals for Upcoming Fiscal Year:
Ofc. Rusk will continue to be an active, positive, and productive member of his shift. He will seek out training opportunities that interest him and apply to his current position on patrol. Ofc. Rusk should work to prepare himself for possible openings on the Underwater Search & Recovery Team and SWAT. He will continue to work on his time-management and scheduling skills to ensure that he does not miss important deadlines by maintaining an up-to-date calendar and frequently checking his department email for important notices.

Ofc. Rusk should look to attend General Instructor during this upcoming year and prepare himself for advancement to Senior Police Officer.

Meets Performance Expectation:                                  Position description is accurate
✓ Yes    ☐ No  *If no, a Performance                            Yes ✓    No ☐
               Improvement Plan is required*

Comments/Reactions of Employee:




Signature of Employee: _____              Date: 07/22/2022
       *(Signature indicates only that appraisal has been reviewed with employee)*
Supervisor (Reviewer): _____              Date: 7/22/22
Reviewer's Supervisor: _____              Date: 8/1/22

Performance Conference                                                           April 2022

**ORIGINAL**

## DISCIPLINARY FORM A
## VERBAL REPRIMAND



**RECEIVED**
25 0 2022
BY: JCC HR

Employee Name: <u>Rusk, Michael T.</u>
Position Title: <u>Police Officer II</u>
Department: <u>Police</u>
Immediate Supervisor Name: <u>Sgt. Chris Gibson</u>
Date Violation of Standard of Conduct Occurred: <u>03/24/2022</u>
Description of Violation:

<u>On March 24, 2022, you reported to me, Sgt. Chris Gibson, that while in Sandston, VA off-duty and in a personal vehicle, you were at a location dropping a friend off at a residence. You further explained that there was an on-going dispute between your friend & his girlfriend that also involved private investigators who were also present. While dropping the friend off you observed a person appear to write down the license plate of the vehicle you were in, and you proceeded to write their license plate down. You explained that upon returning home you that you ran this license plate on your department-issued Mobile Computer Terminal (MCT) through VCIN/NCIC in order to identify the subjects. You further explained that you thought that their behavior was "suspicious" enough to justify this action out of concern for your personal safety. You advised that you did not share the VCIN/NCIC information with anyone.</u>

<u>It has been explained to you, and you understand, that those actions constitute a violation of PPO 110 – Standards of Conduct, Section II. A as well as PPO-430, Section III. B – Mobile Computers & Wireless Communication. Further, this action could potentially be in violation of the Code of Virginia, 18.2-152.5 – Computer Invasion of Privacy.</u>

<u>You are advised that all use of the Mobile Computer Terminal and all access to VCIN/NCIC terminals are for Official Use Only in accordance with your employment as a James City County Police Officer. All information contained in the VCIN/NCIC data files are for Criminal Justice Purposes Only.</u>

<u>Subsequent violations of these procedures within the next 12 month period may result in more severe disciplinary action.</u>

Date Discussed with Employee: <u>3/30/2022</u>

**ORIGINAL**

Employee Signature: _____  Date: 03/30/2022
Supervisor Signature: _____  Date: 3/30/22

..........................................................

Reviewed by Human Resource Manager
Signature: _____ OBO Patrick Tongue    Date: 4/4/22

Revised 07-30-04