

16:08

CG

Chris ›

Jan 8, 2023 at 23:50

What's up?  Wanna chat?  Or play?

You're scaring me Michael

Jan 9, 2023 at 02:16

| Cellular Data Options | Roaming Off › |
|---|---|
| Personal Hotspot | Off › |

Turn off cellular data to restrict all data to Wi-Fi, including email, web browsing, and push notifications.

VERIZON

| Wi-Fi Calling | On › |
|---|---|
| Calls on Other Devices | When Nearby › |
| Carrier Services | › |
| SIM PIN | › |

Add eSIM

CELLULAR DATA

| Current Period | 125 GB |
|---|---|
| Current Period Roaming | 85.1 KB |

iMessage





16:13

< 4    CG    Chris >

NOTICE.Powder-Packaging-v2
PDF Document · 27 KB
dfs.virginia.gov

NOTICE.Powder-Packaging-v2.pdf
PDF Document · 27 KB

Jan 6, 2023 at 16:55

**Monique Myers**    11:50 AM
To You

Hey,

I did speak with the Chief this morning about that. I will work with the other guys to make sure we try to accommodate that for those guys. Also, I spoke with Dallman about making the squad selections known to the sergeants in case they have any input. He stated that he plans to share that with the supervisors at the meeting on the 11th and we can talk about any people that we feel should be placed on different squads. He has not issues with us moving who we have on the squads as long as it makes sense.

Monique Myers
Assistant Police Chief

James City County
VIRGINIA
Jamestown 1607

Between us

+  iMessage

16:15

**CG**

Chris >

Jan 3, 2023 at 08:46

Still up?

Jan 3, 2023 at 22:56

Life360??

Deleted app on personal, downloaded on work

Why can't you leave me on personal

Deleted app, left family circle too with parents. Tired of people following me around on it, figured I'd download it for us on my work

I'm mildly offended

Shouldn't be, that's why I downloaded it on my work phone... didn't add my parents or brother or grandma to it

You could have left their circle without leaving ours

I didn't do anything wrong

iMessage

16:16

CG

Chris >

...with parents. Tired of people following me around on it, figured I'd download it for us on my work

I'm mildly offended

Shouldn't be, that's why I downloaded it on my work phone... didn't add my parents or brother or grandma to it

You could have left their circle without leaving ours

I didn't do anything wrong

I didn't say you did, but I would have had to change admin status and they would know I left versus just deleted the app and would grill me over it and I'm not dealing with it.

Jan 4, 2023 at 03:19

You're messing with Wawa time

Text Message

You're messing with Wawa time

iMessage

iMessage



16:32

CG

Chris ›

Michael Rusk

I would never think you were bullshitting me about calling out.

Don't ever think that. I don't question your integrity

I know you wouldn't, but I know people often call out for bullshit. If it's anymore than a day, I like to just alleviate ANY doubt if there were any. Moreso for me, just letting you know I'm not Tackes or Joey... and if anyone else questions it, you can tell them I'm missing out on my favorite restaurant in the area and to suck a dick.

Well. I would never doubt it. And fuck what anyone else thinks. I know you'd be there if you could.

I'd never think otherwise

Well I appreciate it.. I know people start to doubt legitimacy of calling out sick on Thurs/Fri/Mon of our work weeks..

iMessage



16:33

CG

Chris >

Well. I would never doubt it. And fuck what anyone else thinks. I know you'd be there if you could.

I'd never think otherwise

Well I appreciate it.. I know people start to doubt legitimacy of calling out sick on Thurs/Fri/Mon of our work weeks..

I worry more about you being sick and would rather you be better! 😌

Yeah but you never call out sick. It's rare really.

You're right though.. I would be there if I could. I hate wasting my leave.

This is what it's for.

People like Tackes and Joey abuse it and then have nothing for when they are really sick

And i definitely call out sick far less now than I used to.. I got really sick my first year here. Was

iMessage

16:33

CG

Chris >

And i definitely call out sick far less now than I used to.. I got really sick my first year here. Was calling out often, healthier habits I guess are helping.. eating more frequently, better sleep, etc..

And yeah, Joey kills me.. so I feel the need to prove my legitimacy sometimes I guess. Just to alleviate any doubt if there were any

Well. Even if you didn't explain anything I would still defend you if anyone tried to say you weren't really sick.

I know you would, it's cause you're loyal 💙

Rare thing these days

Of course. That's how you and me are. That's our bond. 💙

Very rare. Hence why I tell you

iMessage





16:35

CG

Chris >

👆 saw this earlier

Very valid post

Yep. I thought aww. That's definitely us.

100%

Leave a Light On - Tom Walker

You're Tom Walker in that song (the person stating they will leave the light on, I'm the one he's referring to)

Ah. I shall look that up now!

Replace "Drugs" with something else obviously.. and your cigarettes with something else

Other than that.. spot on 👌

It's a place where you'll be safe to feel our grace
And if you've lost your way
If you've lost your way
I will leave the light on
And I know you're down and out

iMessage





16:50

**CG**

Chris ›

No luck I guess

Well we're leaving

Dec 14, 2022 at 21:26

No luck.. thought we made a breakthrough, and they don't work now..

Bowling would have been better!

I shall never forgive Alex for stealing you away today

It may have been, but I started it with Alex and didn't feel right leaving him to do it by himself when we just fried an entire harness. Literally melted all of the wires down the whole thing, smoking from the whole harness and the battery

Yeah I know. You're a good friend. Just giving you a hard time.

Sounds like a headache though. Hope the computer is okay!

Still working on it?

iMessage

16:56

✈ 70

CG

Chris ›

If you plan on putting Matt & Alex in 2 tonight, could I be put in 3 this evening so we can all meet up and go over some proposals with you?

Dec 9, 2022 at 16:16

You're proposing to me?

Dec 9, 2022 at 17:16

🧞‍♂️ maybe, maybe not.. you'll never know!

One day maybe I will! 💂

You're up early

🙄😅 Yeah, haven't been able to sleep all that well the past few days. Woke up around 2 today.. watched my show a bit, talked with Alex a bit, Made myself some chicken fried rice, and then made some for tonight so I didn't have to buy food, and now just watching my show

That's rough. Swat still on your mind I'm sure.  I woke up on and

iMessage 🎤

**16:57**

✈ 70

CG

Chris >

One day maybe I will! 👨🏼‍🦳

You're up early

🙄😅 Yeah, haven't been able to sleep all that well the past few days. Woke up around 2 today.. watched my show a bit, talked with Alex a bit, Made myself some chicken fried rice, and then made some for tonight so I didn't have to buy food, and now just watching my show

That's rough. Swat still on your mind I'm sure. I woke up on and off all day, felt like I was missing something each time I woke up. I don't know what.

I guess Alex has had some ideas for MPU?

Yeah probably, talked with Frick a bit this mornin. Like misplaced something or?

Moreso fleet stuff

Like late? Or something was

iMessage

16:57

**CG**

Chris >

Like late? Or something was going on. Each time I'd wake up and grab my phone quick. I dunno. 😕

What'd Frick say?

Gotcha, yeah that sucks for sure. Ever figure it out?

Nothin much, was asking me how I felt and what I thought.

No idea. Something subconscious I guess.

Any feedback on how you did?

🤷 and he said I did well, I inquired about Ernst and whether I was supposed to shoot or not. He never gave a definitive answer

Maybe there is no right answer

Who knows.. doesn't matter now anyways

True. Out of your hands

iMessage

16:58 ✈ 70

CG

Chris ›

Ever figure it out?

Nothin much, was asking me how I felt and what I thought.

No idea. Something subconscious I guess.

Any feedback on how you did?

🕵️ and he said I did well, I inquired about Ernst and whether I was supposed to shoot or not. He never gave a definitive answer

Maybe there is no right answer

Who knows.. doesn't matter now anyways

True. Out of your hands

And into mine 😏

No sir, right into my head until the 16th!

Hey I still have my role to play!

I know I know

iMessage 🎤

17:03

CG

Chris >

Dec 7, 2022 at 19:21

Just a reminder that you're really attractive ☺️

😅 💙



/OOOOSAAAAAHHHHH

GIPHY via #images

Dec 7, 2022 at 22:00

Holler if you went later, or if you want to play



iMessage





17:17

**CG**

Chris >

it's Williamsburg's problem lol

Was just checkin

Oh did you see it?

No, Hannah sent me a Snapchat and said it looked sus... I agree 100%. I thought it was Williamsburg though and I'm off so I'm not bothered with it. Someone will find it eventually

Ah. That makes sense. I was confused 🤷🏼 WPD doesn't care anyways

Crime is scary to them

Yeah it'll sent there for a week until we get there

Yup. You figure out when you want to meet?

4 Photos

iMessage

17:21

CG

Chris >

Nov 26, 2022 at 01:52

Thanks for the kiss 😘

😉

Nov 26, 2022 at 07:23

Hold me
To a promise that I'll be the kind of the friend that in the end
Will always keep you company
'Cause when the world gets tough
And times get hard
I will always love you, I'll be your bodyguard
'Cause you're my bestie, and if you test me
I'll prove it time and time again, I got your back until the end
A brother from another mother, never knew how much I loved ya



iMessage

17:25

CG

Chris >



So from this last year to Golden Corral??????

Yup...sure enough

Well shit. You just gonna stay home then?

Or go to the restaurant? 🤷🏻‍♂️

Yep. Stay home. Starve. Not have a warm thanksgiving dinner. You know, just DIE

😞

Want me to bring you....stuffing? 😏

iMessage





17:33

**CG**

Chris ›

Greg said you can plan on being off Friday night

Oh, nice! Well thank you very much for asking, and him for allowing the night off! 💙 Notice Roger's email asking to switch his Friday (this Friday) and he'll work a thanksgiving?

😘 💙 of course.

Yeah with your request I suggested a change - going to 7 for the whole week instead of 8 on the weekends.

Argument being since call volume is usually down in the fall/winter and we had to give someone to eves in figured you all would appreciate it if we can make it easier to take off on the weekends.

And no I didn't get his email I don't think.

💦 I would agree, we have handled the streets with 5 even,

iMessage 

17:33 ✈ 65

CG

Chris ›

🌊 I would agree, we have handled the streets with 5 even, but I think 8 was a bit much for us. 7 is a good medium! Thanks for going to bat for us daddy!

Only reason I mentioned it is because I'm not marked off and he's requesting to change the dates with someone I'm assuming because we are at minimum so 🤷🏻‍♂️

Always will.  Yeah holding off changing the schedule because he wants to "double check" with Humphries first- but he doesn't see an issue with it – and told me to tell you to plan on being off. I told him what you were doing. Suggs agrees too it's a good idea.

Probably so but he hasn't asked any of us. You're first in line to my knowledge to ask for Friday. 🤷🏻‍♂️

Gotcha, and about the hat thing.. I thought they were supposed to discuss that on Wednesday. Was it not brought up during their meeting?

iMessage 🎤

17:33

**CG**

Chris ›

Gotcha, and about the hat thing.. I thought they were supposed to discuss that on Wednesday. Was it not brought up during their meeting?

And gotcha, fuck 'em 😅

They did.....but there will be no change at the moment.  Inclement weather with supervisor approval.

Greg is meeting with Humphries next week. He will discuss it further then.

Oof, sounds like it wasn't received well 😬

Must not have been but the email I got did not expand on it.

Ahh, gotcha. Just hoping people don't ruin it by doing it the wrong way then!

Same.... 😑

Someone's gift is here!

iMessage



17:38

CG

Chris >

Nov 16, 2022 at 01:33

Call you back.

Np

Nov 16, 2022 at 06:49

This is my Michael time. 😭😭😭

Nov 16, 2022 at 08:10

Still alive?

Yeah

You good?

Yeah, he wasn't interested in talking. I asked if he was upset with me and he said no. I said i wasn't taking sides and just didn't think it was the time or place for that and he responded by saying he heard everything I told Matt, and made a facetious comment

iMessage

17:42

CG

Chris >

Nov 7, 2022 at 18:58



Oh nice! Forgot the vests looked like that

Ha yep. Washed the carrier so putting it back together

Nov 7, 2022 at 20:51

Coming to see daddy??

iMessage



17:47

Chris >

She won't shut up 🥴

She who?

Katelenn

Oh geez.

Tell her your true love is patiently waiting for you. 😔

I'm having flashbacks to being alone in the church parking lot again.



iMessage





17:49

✈ 63

**CG**

Chris >

Justin, Frick. Thanked Justin for taking the time with you the other morning. Told them you're excited for the tryouts and would be great for the team.  They agreed. Both said they think you will do well.

Well that's very encouraging and nice to hear, thanks for that! I'm hoping to meet or exceed their expectations!

Figured I'd say something while I had the chance!

I have no doubt you will. You always exceed mine.

💙💙 all but one.. 😅

Oooh. Which.

China

Awww. I'm sure if I water it it'll grow 💦 😏

He did not show

iMessage

17:51

CG

Chris >

Mikey coming to daddy??

Mikey not. 😟

Awhhhhh, hunny 💔 big sad face too lol

We ordered china, grabbed it and some alcohol, and then I wanted more sodas and sour cream so we went to the teet as well

Well there's always next time..... 😏

Sounds good!  Everyone still hanging out tonight?

Wait a minute where's Danny and Katie.... 😲

Always a next time 😅

And naw, he's tired so he's just gonna drink and go to sleep

I don't know where they are lol, why?

Phew!  Just making sure!

iMessage

17:51

CG

Chris >

Mikey not. 🙁

> Awhhhhh, hunny 💔 big sad face too lol
>
> We ordered china, grabbed it and some alcohol, and then I wanted more sodas and sour cream so we went to the teet as well

Well there's always next time..... 😏

Sounds good!  Everyone still hanging out tonight?

Wait a minute where's Danny and Katie.... 😲

> Always a next time 😅
>
> And naw, he's tired so he's just gonna drink and go to sleep
>
> I don't know where they are lol, why?

Phew!  Just making sure!

Chief coming to roll call tonight

iMessage

**17:54**

**CG**

Chris >

Thank you anyways for coming tonight 😔

Why sad face???

Eh. I know you're wore out.

Nov 2, 2022 at 22:15

Yeah but I enjoy spending the time with you so I don't ever mind 💙

Awww. 💙
Same

Nov 3, 2022 at 01:44

Why did Kara and Sutton put in for field force and also the swat team?

Sutton didn't put in for SWAT, I dunno why Kara did.. she told me this morning that she told Suggs she was still trying out for SWAT and if she made it, that she would go there...

That's dumb

iMessage



17:54

CG

Chris >

Coming to Wawa?

OTW

With a tail I see

Yeah, just messaged MDT

And in our spot?  Wtf

Nov 3, 2022 at 03:35

| Dykstra, Kurt | Evening Shift | |
| Mousetis, Tim | Evening Shift | Day Shift |
| Fossiano, Mike | Midnight Shift | Day Shift |
| Bowen, Michael | Evening Shift | Day Shift |
| Johnson, Beau | Evening Shift | Day Shift |
| Crosby, Brian | Evening Shift | Day Shift |
| Frantz, Brandon | CSU | Day Shift |
| Sten, Leslie | Investigations | Day Shift |
| Rusk, Mike | Midnight Shift | Day Shift |
| Boyer, Joseph | Evening Shift | Day Shift |
| Morris, Jodi | Midnight Shift | Day Shift |
| Morris, Jeremy | Midnight Shift | Day Shift |
| Evans, Jonathan | Evening Shift | Day Shift |
| Roop, Scott | Evening Shift | Day Shift |
| Matthews, Randy | Evening Shift | Day Shift |
| Tackes, Jennifer | Midnight Shift | Day Shift |
| Ngo, Thai | Evening Shift | Day Shift |

What is this shit??  Days?????

iMessage

17:54

**CG**

Chris >

What is this shit?? Days?????

LOL, that's been there awhile!

🥹

Some people are mad
at you because you are
not suffering the way
they expected you to.

May God keep
on disappointing
them.

Why sad face? I put my name on
that list a year ago!

And facts on that message 😅

I scratched your name off of it

Lol, you better not have!!

iMessage

17:54

CG

Chris >

😮

You do want dayshift!

And yes I read it and thought.....yup.

Lol, I want the ability to make a decision on whether I do or not!

And definitely, my mom and Tiffany being two people

Mmhmm

Is Tiffany coming up again?

No she is not! But I thought of those two for some reason 🤷🏻‍♂️

Seems accurate

Y'all waiting to cheer on the swat team?

Yeah lol, wondering what's taking so long

iMessage

17:56

CG

Chris >

Oct 31, 2022 at 14:24

Good morning sweetie!

Just wanted to make sure you had something good on your phone when you woke up. 😘💙

Awh, thanks hunny! 😘💙

Come to daddy

Here daddy 💙

Gate 6 is behind you

Yeah I was told to wait at main hate by this dude in a green shirt 🤷‍♂️

You be careful out there. Don't want some ghost grabbing you out there

They have me up front at the entrance right now

By bag check?

Yeah

iMessage



17:58

CG

Chris >



GIPHY via #images

See you tonight....

😄😄😘😘

Oct 30, 2022 at 17:20

Did you reply to Roger's email about bowling?

Oct 30, 2022 at 20:21

😮

Oct 30, 2022 at 22:48

I'm sorry daddy, I figured I'd see you at work and I was rushing!!

I still love you 💙

iMessage

17:58

**CG**

Chris >

Oct 30, 2022 at 22:48

I'm sorry daddy, I figured I'd see you at work and I was rushing!!

I still love you 💙

I was patiently waiting!



iMessage

17:58

CG

Chris >

😔

Awww.

You almost always wake up and see my name on your phone.

Haha, yeah I know.. you've been a real one 💙

I try 😔

Was there a specific one you were looking for?

Or thinking about

No, just got a little too close to home.. relatable is all. Not wanting to see her texts.. but miss the times I would look forward to them and all the happy moments 🤷🏻‍♂️

And you do great 😘

Thanks 😘

Leave the few good memories

iMessage

17:58

CG

Chris >

Thanks 😘

Leave the few good memories where they belong. In the past. Look ahead to the future.  Good things will come to you.

In the meantime I'll fill in the blanks.

Of course 💏

And yeah, shits way harder to get past than I'd like to admit.. wish it could just be gone 🥺

You don't fill in the blanks, you fill in the holes 😜

Yeah I hear you.



iMessage



17:59 ✈ 61

**CG**

Chris ›

This bed is just as empty!

Distancing yourself from that – the texts, location sharing, etc. will help

Yeah, I dunno how you do it.. shits rough man. Guess I'm just getting used to it again.. adjusting is always hard

Locations are nixed, and so is Snapchat. Last thing is number.. it'll come soon I'm sure, just gotta make sure she'll be alright before I can bring myself to do it.

Anywho, we didn't have to talk about it lol.. You need to get sleep before Busch tonight. I'll see you there, sleep well!

See you there. Get some rest too

iMessage







18:07

CG

Chris >

Not going to work today

Just decided

My fat belly would be an officer safety risk for massive back blast area

That's entirely between you and 13

😅

Don't think he'd take that one lightly

Probably not!

ED?

Tell him I've had some issues with.. pleasure? Maybe it'll make him uncomfortable enough to say yeah?

Ed?

I will, but then I'll be enroute to.....

iMessage

18:08

CG

Chris

ED?

Tell him I've had some issues with.. pleasure? Maybe it'll make him uncomfortable enough to say yeah?

Ed?

I will, but then I'll be enroute to..... fix....the issue.

Definitely want you "fit for duty" 😏

Erectile Dysfunction

And uhh... definitely need to be

Oh. THE ED?

Yeah I got it late. 😔

😅

I think it would make him uncomfortable enough to not discuss it

It would be. But it'll be worse

iMessage





18:18

CG

Chris >

Ah. Looking up Irish hotels are we? 😏

Okay I will

😅 it was the ad to the video!

Based on recent search history of course 😆

More like Uncle Sam and Eagle Eye listening / watching all the time 🙄

...maybe some searches

vevo

**Jessie Murph - How Could You (Official Audio)**
youtu.be

This one too

Yeah that's nice

iMessage

18:18

**CG**

Chris >

> This one too

Yeah that's nice

I mean not the happiest of songs but still 😆

> Haha, yeah.. I really liked the lyrics I sent you, those I feel are relatable in a way she wasn't delivering

Relatable to you?

> Yeah, just not in a taken advantage of / raped kind of way

Also life 360 told me to tell you to charge your phone.

> RIP, on 4%

Taken advantage of only because people are shit.

> I meant like.. I can relate to them, but in a way she wasn't delivering. Hers is about being taken advantage of / raped. I relate to it

iMessage

18:19

**CG**

Chris >

I sent you, those I feel are relatable in a way she wasn't delivering

Relatable to you?

Yeah, just not in a taken advantage of / raped kind of way

Also life 360 told me to tell you to charge your phone.

RIP, on 4%

Taken advantage of only because people are shit.

I meant like.. I can relate to them, but in a way she wasn't delivering. Hers is about being taken advantage of / raped. I relate to it in another way

BRB

Ok

Oct 20, 2022 at 23:47

iMessage

18:44

✈ 55

CG

Chris ›

Oct 17, 2022 at 07:50



Antenna for Motorola APX 6000
Radio Short Antenna APX 6000XE
APX 4000 APX 7000 8000XE Stu...
amazon.com

I've bought 5 (2) packs. One for most of us

You're a sweetheart Mike

❤️ are you gonna want one?

If so you got it, if not I'll give it to Heinrich but I was gonna send a text out so people don't buy one when I've already ordered them

I wasn't on the list of people you cared about when you counted?

Heinrich ranks higher I guess. 😔

You were I didn't count him

iMessage

18:44

CG

Chris >

You're a sweetheart Mike

❤️ are you gonna want one?

If so you got it, if not I'll give it to Heinrich but I was gonna send a text out so people don't buy one when I've already ordered them

I wasn't on the list of people you cared about when you counted?

Heinrich ranks higher I guess. 😔

You were! I didn't count him originally, but remember you saying that you had issues with the short ones in the past and that's why you use the long one so if you don't want it, I will give yours to Heinrich!

Since it's coming from you I want it

I won't have it go to another

Haha, alrighty 😅

Oct 17, 2022 at 10:20

+ | iMessage 🎤

18:55

Chris

Oct 9, 2022 at 18:54

So this is your type of sausage

Oct 9, 2022 at 20:20

iMessage











19:07

**CG**

Chris >

I am the one with a broken heart!

Well I'm the only one who's alone!

I was alone for HOURS!

Bullshit! Walt! Casper! Trey!

Mine was a business meeting!

Walt briefly, I went and did traffic stops. Casper briefly, I got dispatched. And now Trey!

And you sit on a throne of lies! You were there for SO long! 💔

You're right. I now deserve mistreatment

Text Message



iMessage

**19:16** ✈ 🔋50

< **CG** 🎥

Chris >

> Not bad, just laying in bed! Got another email from the Army.. big thinkin going on

**AGR Program**

SGT Rusk,

Good morning, I am the AGR Accessions Manager for 37F. I am contacting you to see if you are still interested in joining the AGR Program.

I currently have the 3 positions available listed below, all E5.

JB LEWIS, WA
CINCINATTI, OH
ARDEN HILLS, MN

Let me know if any of these locations interest you.

Very Respectfully,

Geneva DeSequeira
74D/ CMF 17/25/35/37/38 AGR Accessions Manager
HRC, RPMD
Fort Knox, KY
☎: 502.613.6293
Accessions Team Box: usarmy.knox.hrc.mbx.rpmd-

Delete!

>  We can atleast delete Washington off the list lol

Well....much like we've discussed before. You can chase jobs everywhere and not be happy.

➕ iMessage 



19:16

**CG**

Chris >

Well….much like we've discussed before. You can chase jobs everywhere and not be happy.

You've got a good job that you like and you're surrounded by friends and family here that care about you!

Ohio and Minnesota don't have any of those.

What are your thoughts?

Yeah, and I know that's what is on my mind the most. I see a lot of pros and cons all the way around, I'm torn.

What are you torn on the most?

It's something I really wanted to do a couple years ago, and I remember all of the AGR guys I spoke with said they wouldn't do anything else. Super easy job, great pay, don't have to put up with the standard Army bullshit, etc. The pay is better, better retirement, better insurance,

iMessage



19:16

**CG**

Chris >

Yeah – I mean, I could probably a number of "better" jobs in computer forensics or something in a number of different places if I really wanted to.

None like police work though.

Mainly it's the people around me anyways. Family and friends.  At the end of the day it's spending time with those that hold real value.

Plus

I need my bowling partner.

So there

Yeah but you never know unless you try, right?

And yeah that's where my mind is at, but I'm also really young and could try it and then come back if I don't like it.. but that's a whole 3 years too. :/

And you have Suggs 😅

iMessage

19:16

CG

Chris >

😭

Fine. I need my brother.

Oh I'd be with you in spirit and we'd talk often ❤️

Honestly, I'm leaning toward the "no" decision

Well. That's never the same. 😔

My good advice to you is unless you're really unhappy with your job and just want to get the hell away from everyone/thing then there's no reason to consider this, regardless of any material benefit.

You've got plenty of good opportunity here with work and you've got good people around you – both on and off duty.  Yeah you're young but you're also fairly well established here already.

Trust me I left chasing "opportunity". It sucked. I missed everyone.  And I was only in

iMessage

19:16

CG

Chris ›

we'd talk often ❤️

Honestly, I'm leaning toward the "no" decision

Well. That's never the same. 😔

My good advice to you is unless you're really unhappy with your job and just want to get the hell away from everyone/thing then there's no reason to consider this, regardless of any material benefit.

You've got plenty of good opportunity here with work and you've got good people around you - both on and off duty. Yeah you're young but you're also fairly well established here already.

Trust me I left chasing "opportunity". It sucked. I missed everyone. And I was only in Richmond & Chesapeake.

And yes I also have selfish advice which is simply don't go.

Your reply game is weak today!

iMessage

19:21

CG

Chris >

Excellent.

Watermelon craft beer incoming

Ohh, nice!

Now discoverable as "iPhone".

MY DEVICES

Christopher's Apple Watch    Connected    ⓘ

Anker Soundcore Bo...    Not Connected    ⓘ

CASIO GBX-100    Not Connected    ⓘ

ER0...    ⓘ

ER0...    ⓘ

LEG...    ⓘ

**Pairing Unsuccessful**
Make sure "MrClassified" is turned on,
in range, and is ready to pair.

OK

Ryobi Radio    Not Connected    ⓘ

SYNC    Not Connected    ⓘ

OTHER DEVICES

[TV] Samsung 8 Series (55)

Alex's iPhone

🙁

18:10

‹  Biker Life
   Jul 15 · 🌐

What can you say

iMessage



19:26

CG

Chris ›

I'm aimlessly riding around.

Woohoo!

Lol, go get into somethin or be gay with the 🌭er

Bean = 🌭

Oh I got it 😆

There ain't shit for people out here

Also how dare you. Gayness only goes so far!

Lol, I'm sure he'd enjoy your company!

And there's crime happening somewhere, could also go catch some 💤s

Gayness goes as far as those we are comfortable expressing ourselves around 😅

Ah well clearly you have more practice than me!

iMessage

19:27

CG

Chris >

Ah well clearly you have more practice than me!

My Friday last week was way more exciting!

Evidently 😅

And what happened on Friday last week? Or just more busy?

That's when you and I shared a memorable night at Sentara!

That would have been Saturday night! 😅

But it was My Friday!

Ahh, gotcha! Well sorry to make your Friday a living hell 😬

You're good - it was fun! 😆

The apology was accepted as soon as you woke up!

You straighten mom out?

Lol, still! And yeah, she was just

iMessage





19:38

✈ 47

CG

Chris >

Good times!

That's helpful

I'm going to have you switch into 96's car once he gets the explorer, assuming you still want his

No, not good times 🥲 it actually wasn't that bad. I was jammin to music and drinking beer as we worked on them

And for sure, now it's good times 😄

Do we know when the transitions are?

Sounds great to me!  Best way to work on it. I'm sure it was a big help to Alex too to have you to give him a hand with his.

Not yet. And don't ask 13. He's quite tired of questions about the explorers. They are all parked at the office so I assume any day now.

+        iMessage                    🎤



19:52

CG

Chris >

Stumbling!

Ahh, no... not yet. I'm at at .089.. gonna wait an hour or so unless you wanna follow us to Alex's place 😅

😆. Oh boy. I'll drive you to Alex's then we can move your truck

Lol, either that or I can wait an hour or so 🕺

Up to you. I can come get you

?

Either one 🕺 I think Jeremy enjoys the company so I'd feel bad leaving but in the same breath I want to leave soo..

You pick!

Fuck it, I'll take the ride if you're offering... don't wanna take the chance at a .08 anyways

Wise choice. I'm by dispatch now

iMessage



19:56

CG

Chris >

perspective. And Keith is known to be well respected from his subordinates. Couldn't say the same for dayshift or evening shift supervision. Says a lot about you two

What little I know*

Well thanks.

Days and eves supervisors would do well if they just acted like the supervisor THEY wished they had when they were patrol officers.

Instead you get selfish and self serving

If serving is below you the leadership is beyond you.

It's supposed to be harder, you know. You don't get to get promoted with the idea of doing less.

That all makes sense, and fits just about every one of their supervisors with the exception of one.

iMessage

19:57

CG

Chris >

standard or set of rules to follow, or guidelines.

Good things to keep in mind. No one's perfect with all of them, of course. I work to do the right thing, stay on the right path, and encourage others to do the same.

You figure you probably know people who don't follow some of those values and they are a mess. Can't take care of themselves. Can't trust them. Word means shit.

Well, that's probably why you and Keith are the most sought after supervisors. I'd guess Keith was a Freemason as well just by how he acts / carries himself.

And I do know many of those people

He isn't - but he fits the criteria.

Ha, sought after, that sounds nice. I just try to be fair.

Definitely, from little I know of

iMessage



19:57

CG

Chris >

The "temperance" part.. is that the abstinence / moderation of alcohol consumption

or

moderation is action, thought, or feeling definition?

Moderation in action....*

It's avoiding excess of all things.

Don't drink yourself stupid.
Or eat yourself into oblivion.
Or smoke like a chimney

👍

You can do all three. Just not to the detriment of your health or morals

Goodbye, NOS. 🥺

Haha

Haha, well I appreciate you explaining it all. I find it all very intriguing. Sounds like a very good standard or set of rules to follow, or guidelines.

iMessage



It is expected that the Master Mason will seek to improve the morals of men in society.

Brotherly Love
Charity
Truth
Faith
Hope
Charity
Temperance
Fortitude
Prudence
Justice

You do not simply conform to whatever nonsense society is engaged in.

You lead and set the example for others.

I think I told you before. It's an old school value system.

I like it, very noble for lack of better words

Pretty much

19:58

CG

Chris >

^ I read this and see how it would fit in your learnings. Someone should be able to tell you're a mason by what you are not I suppose.

All the above. 😫

Most accept that it means God.

So this one is subjective then 😆

Somewhat. Yeah.

I was taught people should know you're a mason without you telling them you're a mason.

**2 Replies**

And yes.

It is expected that the Master Mason will seek to improve the morals of men in society.

Brotherly Love

+ iMessage 🎤

19:58

CG

Chris

I was taught people should know you're a mason without you telling them you're a mason.

Even if they don't know what a mason is.

2 Replies

All the above. 😆

Most accept that it means God.

1 Reply

Great architect works too.

Geometry- nah

I was taught people should know you're a mason without you telling them you're a mason.

2 Replies

"the best way to characterize Freemasonry is in terms of what it is not, rather than what it is."

^ I read this and see how it would fit in your learnings. Someone should be able to tell you're a mason by what you are not I suppose.

iMessage

19:59

CG

Chris >

signify to other Masons which degrees he has taken."

^ all true?

Yep

True

Entered Apprentice–Fellowcraft–Master Mason

Gotcha, and the G in the center of the square and compasses.. is it God, Geometry, or Great Architect of the Universe?

I was taught people should know you're a mason without you telling them you're a mason.

Even if they don't know what a mason is.

2 Replies

All the above. 😆

Most accept that it means God.

1 Reply

+   iMessage 🎤

19:59

CG

Chris >

Relatively set.
Like if you've ever heard the term
"he's on the level" - level is
equality. Internal equality.

Plumb is "upright" - a symbol of
integrity.

A ruler symbolizes the devotion to
self, work and God.

You get more working tools as you
advance through the degrees

"Moral lessons are attributed to
each of these tools, although the
assignment is by no means
consistent. The meaning of the
symbolism is taught and explored
through ritual,[7] and in lectures
and articles by individual Masons
who offer their personal insights
and opinions."

"All Freemasons begin their
journey in the "craft" by being
progressively "initiated", "passed"
and "raised" into the three
degrees of Craft, or Blue Lodge
Masonry. During these three
rituals, the candidate is

  iMessage  

19:59

CG

Chris ›

self, work and God.

You get more working tools as you advance through the degrees

"Moral lessons are attributed to each of these tools, although the assignment is by no means consistent. The meaning of the symbolism is taught and explored through ritual,[7] and in lectures and articles by individual Masons who offer their personal insights and opinions."

"All Freemasons begin their journey in the "craft" by being progressively "initiated", "passed" and "raised" into the three degrees of Craft, or Blue Lodge Masonry. During these three rituals, the candidate is progressively taught the Masonic symbols, and entrusted with grips or tokens, signs, and words to signify to other Masons which degrees he has taken."

^ all true?

Yep

iMessage

19:59

CG

Chris >

the same.

Ahh, gotcha!

Yeah so the irregular lodges won't use AF&AM on their building.

But lodges affiliated with the grand lodge will. Hence you see it on my badge.

But yes. Your definition of allegory is correct.

It's like a story that has other meanings.

Or is symbolic of something else

Lots of symbolism in masonry

I like it, very intriguing!

Like the tools a stonemason would use. Freemasons have meanings associated with all of them.

Like a level. A ruler. A plumb.

And are the meanings set or subjective?

iMessage

19:59

CG

Chris >

See. AF&AM

Gotcha, and yeah so just to clarify I have to idea how to interpret them, but I read that it's a narrative or visual representation of a person place or thing with a hidden moral meaning political meaning!!

I looked at "Pearl" and have no clue what it means but I tried looking for a meaning!

And ahh, I see! That's cool! What's the difference between Ancient Free and Accepted Masons?

Hidden moral meaning or political meaning*

We can discuss it later when you aren't tired too if you'd rather

It's one and the same "af & am" is the same.

Ahh, gotcha!

iMessage



20:00

CG

Chris >

They usually don't follow the same standards or rules.

Only to fully understand what it was I was being shown/taught

CHRISTOPHER L. GIBSON

YORKTOWN
LODGE NO. 205
A.F. & A.M.

YORKTOWN, VIRGINIA

Southern Engraving
David Murray

See. AF&AM

Gotcha, and yeah so just to clarify I have to idea how to interpret them, but I read that it's a narrative or visual representation

iMessage



20:04

CG

Chris >

Oh yeah. Keith has a rifle for you to take to the armorers class. Get up with him next week.

No problem, seriously looks very nice though!

And that's awesome, I'm assuming you mean the end of next week or?

Yeah, I'd say sometime before that weekend.

Cool, he have an issue with it? How much convincing did it take?

And I appreciate it!

None. He said sure no problem. 😆

Oh wow, haha! Well I appreciate you checking into that for me! 💪

Of course. Someone has to! 😬

What's the supposed to mean? 🥺

iMessage

20:04

CG

Chris >

None. He said sure no problem. 😆

Oh wow, haha! Well I appreciate you checking into that for me! 💪

Of course. Someone has to! 😬

What's the supposed to mean? 🥺

I mean if I didn't no other supervisor was going to ask for you

Oh I thought it was a dig at me, I'm tracking now. That's why people look up to you, and not someone else!

Never dig at you - if I thought you needed to do it I would have told ya.

Aww. Thanks.

I believe that haha, and it's the truth

iMessage

20:06

**CG**

Chris >

I see the email I'll pay for the class

Just got home, and ready for bed!

I appreciate you doing that, I just received the confirmation. It says to bring a rifle.. do you want me bringing a personal, or a department issued? (I dunno if it's possible, but I'd love to take a rifle from one of the SWAT guys and get familiar with that weapon system and cleaning it.. don't expect that to happen though.. never know if I didn't ask though!)

No problem!  I'm going to ask Keith, see if he'll let me give one of those swat rifles for you to take. I'll let you know.  Or I'll give you mine.

Also don't forget when you go to bring me back the invoice for the hotel. But I'll remind you again

Awesome, I appreciate you 💪🏼 I'll remember, but a reminder never hurts!! I'm off to bed, I'll message you in a few hours!

iMessage

20:06

CG

Chris >

I appreciate you doing that, I just received the confirmation. It says to bring a rifle.. do you want me bringing a personal, or a department issued? (I dunno if it's possible, but I'd love to take a rifle from one of the SWAT guys and get familiar with that weapon system and cleaning it.. don't expect that to happen though.. never know if I didn't ask though!)

No problem! I'm going to ask Keith, see if he'll let me give one of those swat rifles for you to take. I'll let you know. Or I'll give you mine.

Also don't forget when you go to bring me back the invoice for the hotel. But I'll remind you again

Awesome, I appreciate you 💪 I'll remember, but a reminder never hurts!! I'm off to bed, I'll message you in a few hours!

🤟. Sleep well Mikey

Sep 12, 2022 at 17:48

iMessage



20:15

CG

Chris ›

> Wrote a summons, you'd have been proud.. "How was I supposed to know the lights and sirens were for me?" after not stopping for a mile.. 🥴 bitch how about you pull over ANYWAYS.
>
> And yes, you actually cut off what I was saying and called me by my full first name 😬

Definitely deserved that summons then.

😆Sounds like it made an impression!

> It did! I felt like I had disappointed you and I hate disappointing people I respect!

Nah. I was really just worried for you.

Disappointment would be if you did it knowing you shouldn't but did it anyways. If that makes sense

> Yeah I gotcha, but hey.. hasn't and

iMessage

20:26

CG

Chris

Well you got Aqademi as a gamer tag. That's close right? 😆

Haha, close enough! That name was only chosen because "Academi" was taken.. although, now that it's been brought to my attention, I'm gonna see if "Aéquitas" is taken

Academi like Blackwater?

Yeah cause I was gonna do tutorials on FPS's.. so like an instructor on Xbox haha. I had my twitch account setup and subscriber badges, everything. Spent a lot of money getting it all done, the made Twitch Affiliate, and dropped gaming to focus on Lexi.. mistake :/ played for 4 days total after I made affiliate and made $270ish dollars.. should've stuck with it

You need to find someone who supports your hobbies. Not bitches at you for them.

I saw on twitch you haven't been active for 7 months.

iMessage

20:29

CG

Chris >

was talking you up!

Tsk tsk. So easily discarded!

Oh boy 🧑

Hey, who knows 🤷‍♂️

🧑 I'm sure that talk went well

Definitely didn't go bad, moreso planting a seed and letting it grow 🌱

I believe she is catholic as well

So there's a similarity! Morals and ethics are sound on both ends

You are catholic, right?

I appreciate that – but me being a supervisor, and same dept, doesn't really work.  Damaging to careers at both ends.

Sorta kinda – not baptized catholic. Mom's catholic and raised in that mindset.  Consider myself closer to catholic then anything else.

iMessage

20:29

CG

Chris >

I'll go. We are team up. Works for me

Can team up

Sep 4, 2022 at 01:30

Sounds good, was trynna talk you up btw 😏

Ha what you mean?

Trynna find step-serg a girl, so this chai-boy can be set free to meet Natascha McElhone

And happened to be on a call with someone, and we started discussing marital problems and where life goes from here, and I was talking you up!

Tsk tsk. So easily discarded!

Oh boy 🤦🏻‍♂️

Hey, who knows 🤷🏻‍♂️

🤦🏻‍♂️ I'm sure that talk went well

iMessage

20:30

CG

Chris >

paged us so I didn't find out until Marchand sent the email

Oh for sure, and that woman?! 😨 👅 💦 Definitely going to Ireland now to meet my wife

Dispatch needs to unfuck themselves.

😆

Wait I thought we were going to Ireland??

And yeah that's not great with dispatch. I'm assuming because she was already out of the water but still. I at least need a standby text

If she's in the picture, I'm sorry but it's a no for me!

And for sure! Fire was dispatched pretty quick, we have a marine patrol they forget about I think

Will you be my bowlentine?

iMessage

20:30

CG

Chris >

And for sure! Fire was dispatched pretty quick, we have a marine patrol they forget about I think

Will you be my bowlentine?



GIPHY via #images

Is that a yes? 🥺

Ask the Irish girl

I'll have to see if I can work that

I'd rather ask you, then her!

You're already written down as a yes, there is no other option!

If you insist

iMessage

20:31

CG

Chris >

recently.. It was an older film (maybe in the 90's?) We we're taking about braveheart and We we're soldiers..

Oh yeah

The Devils Own

I didn't watch National Treasure two and three though

I haven't seen those either

Awesome, that's the one! Thanks, I'm laying down for bed so figure I'd watch somethin

Ohhhh, I see Netflix & chill in our future 😄

Also see The DaVinci Code is good.

For sure!

I've seen that one but it's been a long time, I'll have to rewatch it!

Yeah it's good

iMessage

20:33

CG

Chris >

Ah. That explains it. It wasn't sent to me.

Yeah I had marked you off when you put in the OTR to make sure the days were available

Fuck you I guess 🤷‍♂️ I didn't even notice, it's weird because it was sent in a chain email from my Interdiction OTR with Keith as the receiver. Wasn't a new email, it was a "reply" to a previous OTR

Who knows

No clue, I am laying down now though. Gotta be up early for extra duty. Be safe tonight!

Stay away from 66

Thanks. Sleep well.

How is he yours if you're mine???

It's a polyamorous relationship

I'm your chai as he is to my chai

iMessage

20:33

CG

Chris >

notice, it's weird because it was sent in a chain email from my Interdiction OTR with Keith as the receiver. Wasn't a new email, it was a "reply" to a previous OTR

Who knows

No clue, I am laying down now though. Gotta be up early for extra duty. Be safe tonight!

Stay away from 66

Thanks. Sleep well.

How is he yours if you're mine???

It's a polyamorous relationship

I'm your chai as he is to my chai

Well. I guess. 😒

Sep 1, 2022 at 18:31

Slow!

Pulling up now

iMessage



20:39 ✈ 34

CG

Chris >

Heheh, it'll be like a ride down memory lane! jokes aside when are you eligible?

And I don't wanna hear that. You can go anywhere.. and RETIRE

Earliest retirement age is 50 so like 12 years.

Long ways to go! No plans?

Nah. No plans.

Have to have somewhere to go michael

Ireland sounds good. Need a chai boy for some bacha bazi

Ireland eh?  You asking for a job? 😆

Hey now, take care of me and I take care of you! I hear Canada, Denmark, Switzerland, Sweden, Netherlands, Germany, etc.. are all great places!

+ iMessage 🎤

20:55

CG

Chris >

😳

Gym time it is!

Better make it quick!

No joke.. plan on announcing Dive Team vacancies anytime soon?

Hmm not sure. Have to talk to Humphries

Gotcha, welp I'll train for both! Tips on what to focus / train?

For dive - distance swimming and treading water.

For swat - running, shooting, building clearing, swimming

Appreciate it! 💪 going to try and get a nap in before work. Thanks for the heads up!

No worries!  Sleep well

Jul 29, 2022 at 01:30

iMessage



20:56

CG

Chris >

My only complaint, other than that I was super happy to see everyone and be back out patrollin

Yeah.....that sounds awful. When do they come out?

My body is supposed to absorb them (they're dissolvable stitches) but my body is bringing them to the surface instead of absorbing them. I've been pulling away at them piece by piece as they come to the surface except for the corner ones because they're pretty stuck

Hmm. Weird. Cut them out with that SOG you got then put duct tape over it.

Jul 13, 2022 at 23:26

You good?  Been quiet lately

I see how it is

📷 7 Photos

iMessage



20:58

Chris ›

You're good. I read fast. 😂

First - don't let people guilt trip you.

One of the most important things someone told me once is "It's okay to say no."

It really is.  You can say no. Everyone else tells you no. Why can't you?  It's fine. They will get over it and realize that you are standing up for yourself.  If that's all it takes for them to kick you out of their lives then the bond wasn't that strong to begin with.

You're anxious and stressed because you are still in a stressful situation.

Living back at home has been a nightmare for you.

Having Lexi back has turned into exactly what we thought it would.

Like we said. You are back to being pushed around and used.

iMessage

20:58

CG

Chris ›

standing up for yourself. If that's all it takes for them to kick you out of their lives then the bond wasn't that strong to begin with.

You're anxious and stressed because you are still in a stressful situation.

Living back at home has been a nightmare for you.

Having Lexi back has turned into exactly what we thought it would.

Like we said. You are back to being pushed around and used.

You need space. I know you worry about finances but moving to Alex's and putting some distance between you and parents/brother/ Lexi is easily one of the best/ healthiest things you could do for yourself. In my opinion.

Yeah, It's just hard for me to pass off people's feelings like that but I'm gonna have to learn to do that, cause it's theirs or mine.

iMessage

21:00

Chris

free. Ammo is $$$ right now, you've got atleast $120 worth of ammo there

Get rid of a .357 sig? Or obtained it somehow?

Sure you can. My ammo. My price is $0.

Yeah had a Sig P229 in 357 I sold a few years back.

I don't generally charge for stuff I don't want unless it's something crazy. I'd rather see y'all get some use out of it.

You can buy me a beer one day. Good enough.

Well. I don't generally charge the cops I work with for little shit. That's like charging family. 

Firefighters are double. General public is triple.

Well we can call it a beer and some fishing/boating trips then or a day out on the range, or if you want to trade for anything (Gun parts, fishing/hunting stuff

iMessage

21:07

CG

Chris >

This is the group that keeps me up during the day 😅



They look loud. 😆

May 19, 2022 at 01:55

I didn't get a chance earlier with everything going on but you did great navigating tonight, especially for the first time out on the JR at night.

May 19, 2022 at 08:06

I appreciate it, still a lot to learn but all in due time! I prefer not to be on the water at night if I can help it 😅 sunrise to sunset 👍🏼

Don't be scared 😱

iMessage

21:10

**CG**

Chris ›

Mar 21, 2022 at 07:52

Will do, appreciate it!

Wait did you actually show up to court?  And on time??

You know, it was a really hard decision! But, I thought about you, and was like "he'd be proud". So I came only to mess up my testimony so I can let you down another way 😅

Congratulations!

↺ Replay

Also you are not a let down!

I know I'm not haha, but I've NEVER testified to a speeding ticket (let alone wrote one) in my 2 years so.. kinda nervous about the verbiage

Oh boy. Now you tell me!

Date time place

What you doing

iMessage

21:13

CG

Chris >

Hope so!

Where are you at with the guard?

Discussed it with my dad this past weekend, and spoke with a few of my NCOIC's from the 305th.. not gonna take it. It isn't a position I would enjoy much. I joined to deploy / train, not sit behind a desk.

Feb 11, 2022 at 09:11

Send me a letter of interest for the marine patrol

I'll write your recommendation letter

Yessir, I'll type it up now!

👍

Feb 11, 2022 at 11:59

Hey sir, would you rather the LoI in email, or printed and in your box?

iMessage



21:14

CG

Chris >

All depends on what kinda career you want.

None yet 😆. There could be letters in my box but no one has said anything to me about it yet

Yeah, im torn cause I love them both. Weigh out pretty evenly as far as pros/cons go.

Oh wow 😮 Im sure there has to be, I've heard it's difficult to get on!

Yeah we don't have openings but so often

Like the dive team

Yeah, small department with even smaller manned units make it difficult to get a rotation in!

Gotta strike when these things come up!

Same with investigations. People want to wait

iMessage

21:15



Chris ›

I know, blunt and direct! 😄 I appreciate it though, it's honestly so hard to describe. I love her, love being around her, but can't stand a lot of it.. especially the infidelity part. Maybe a shrink could help? That's what mine says anyways 🤷 counseling, infidelity recovery, shrinks, and better communication would solve a lot of it I think. Just not sure if I want to pursue that yet or not.

Yeah I dunno.

To me you deserve better, and she hasn't earned you. Infidelity is a big part but everything else sounds like a relationship you'll continue to be miserable in.

Which is why I've always said part ways and move on

That's so much easier said than done.. I want it to work, just not sure she can manage to change that much.

I'll figure it out, probably down the road of another broken heart but

iMessage

21:15

CG

Chris ›

> Way to try and be supportive, I know you hate it but

Try and be supportive? What you mean

> "That's good"
>
> I know you don't agree with it, but trying to be supportive! Or were you just saying it's good she's catching on, but "fuck off"

Ah well. I hope you know I'm always supportive, even if it's not what you want to hear. I just don't like seeing you miserable or in a bad spot

> I know, blunt and direct! 😄 I appreciate it though, it's honestly so hard to describe. I love her, love being around her, but can't stand a lot of it.. especially the infidelity part. Maybe a shrink could help? That's what mine says anyways 🤷‍♂️ counseling, infidelity

iMessage

21:16

Chris

didn't seem too different other than "neck restraint"

Jan 27, 2022 at 14:08

It was they just reworded it to fit with what legislation wanted

Jan 27, 2022 at 16:15

Don't forget tonight

Chief will be there

Jan 27, 2022 at 17:51

Where you be

Busch

I'm really hoping y'all didn't dress super nice... you said casual so I'm in a jacket and jeans

You're fine

I'm in a tuxedo but you do you

Jan 31, 2022 at 07:55

Mornin' SGT, was wondering if I could take the night off tonight.

iMessage

21:20



CG

Chris ›

That's good that you're taking the steps you need to get yourself together!  Really sounds like you started going sideways when you quit the meds. Def don't beat yourself up about that - it's not a weakness.

Nah come on now I told you that you weren't getting fired.  We don't want to lose you we just want you to be successful and keep you on track.

Yeah, I can see it from two different perspectives is all and chose the wrong one I guess.

I know you said that but it was still something I was worried about.. and I know, one of the biggest factors why I wanted to stay in Mids so bad.. cause y'all are all great supervisors so I definitely didn't want to lose that!

I appreciate that!  It's seriously all your decision though. You do what you think is best for you and we will support that.

 iMessage 

