Sent from my iPhone

> On Apr 18, 2023, at 7:31 AM, Debbie Golub <Debbie.Golub@jamescitycountyva.gov> wrote:
>
> Good Morning!
>
> Chief Dallman has asked that I get the notes you have that we discussed yesterday and send them to the county atty to have them decide if they want me to respond with "no records exist" or "you aren't able to have". So, if you could get them to me this morning I would appreciate it.
>
> Thanks!!
>
> Deb
>
> **Debbie Golub**
> **Administrative/FOIA Coordinator**
>
> <image001.png>
>
> **Police Department**
> **4600 Opportunity Way**
> **PO Box 8784**
> **Williamsburg, VA. 23188-8784**
> **P: 757-603-6056**
> **F: 757-603-6036**
> **jamescitycountyva.gov**

**Debbie Golub**

| | |
|---|---|
| **From:** | Gregory White |
| **Sent:** | Tuesday, April 18, 2023 10:11 AM |
| **To:** | Debbie Golub |
| **Subject:** | RE: Your notes |
| **Attachments:** | rusk-gibson.docx |

G.E. White
Lieutenant
Midnight Shift



P.O. Box 8784
4600 Opportunity Way
Williamsburg, Virginia 23187-8784
gregory.white@jamescitycountyva.gov
757-253-1800

**From:** Debbie Golub <Debbie.Golub@jamescitycountyva.gov>
**Sent:** Tuesday, April 18, 2023 7:51 AM
**To:** Gregory White <Gregory.White@jamescitycountyva.gov>
**Subject:** RE: Your notes

Emailing the word document will be perfect! Thanks Greg!

**From:** Gregory White <Gregory.White@jamescitycountyva.gov>
**Sent:** Tuesday, April 18, 2023 7:49 AM
**To:** Debbie Golub <Debbie.Golub@jamescitycountyva.gov>
**Subject:** Re: Your notes

Yes ma'am. I typed in a word document. Would you like me to email the document or email the text notes in an email ? They're basically like imagine me writing notes in a legal pad instead of a narrative narrative. Like notes for me in a way.

**G.E. White**
**Lieutenant**
**Patrol Squad A**
**P.O. Box 8784**
**4600 Opportunity Way**
**Williamsburg, Virginia 23187-8784**
gregory.white@jamescitycountyva.gov
**757-253-1800**

Early January Ofc. Rusk asked to speak with me privately in my office. Ofc. Rusk wanted to inform me of an uncomfortable situation that was occurring between him and Sgt. Gibson. He stated that Sgt. Gibson seemed overly friendly as always being near where Ofc. Rusk was at work and often backing him up on calls, stops, etc. Ofc. Rusk stated that there was a usual time of the night too where Sgt. Gibson would want to sit car-to-car with him to chat, etc. Ofc. Rusk mentioned that he would run into Sgt. Gibson outside of work, which he also though was unusual. Ofc. Rusk mentioned that he has a tracking app on his phone to display his location to friends and family that he allows to see his location and that Sgt. Gibson was one of those individuals. It was stated that when he was off duty he had run into Sgt. Gibson and believed that it wasn't coincidence and was him using the app. Ofc. Rusk stated that he, at some point, unfriended Sgt. Gibson from the app and Sgt. Gibson sent him requests to attempt to "re-friend" Ofc. Rusk. I asked Ofc. Rusk if he wanted me to speak with Sgt. Gibson about any of this and he stated that he did not want me to speak with Sgt. Gibson and that he would handle talking with him himself.

Approx one week after, around 10pm, when arriving to the LEC, and with other officers around getting equipment or meeting at the office, Ofc. Rusk asked to speak with me in my office again. Ofc. Rusk advised that he had spoken with Sgt. Gibson about what he had discussed with me in private before. Ofc. Rusk advised that Sgt. Gibson understood Ofc. Rusk's concerns and took it well. He stated that they are still friends, etc. and that there were no hard feelings.

I am aware that outside of work Sgt. Gibson and Ofc. Rusk had been friends.