

# MEMORANDUM

**DATE:** May 16, 2024

**TO:** Michael Rusk, Police Officer III, EIN: 106301

**FROM:** Scott A. Stevens, James City County Administrator

**SUBJECT:** Proposed Termination of Employment

---

Background Facts: On April 30, 2024, Human Resources received a Disciplinary Form C for Michael Rusk recommending termination of employment due to inappropriate conduct while employed as a Police Officer III, violating both James City County Police Department (JCC PD) policy and violating James City County Personnel Policies and Procedures Manual (PPPM) policies. The inappropriate conduct includes:

(1) JCC PD Policy 301 Violation. An Internal Investigation was initiated due to Mr. Rusk's actions against his supervisor, Christopher Gibson. The Police Department reports that Mr. Rusk refused to answer questions related to their internal investigation.

(2) PPPM Chapter 7 Violations. Mr. Rusk is charged with two felonies due to his actions against his supervisor, who is also a James City County Police Department employee, a PPPM Category 3 offense.

(3) Michael Rusk exchanged sexual and racially derogatory images using county owned devices. This behavior is unacceptable to the proper operation of the County, a PPPM Category 3 offense.

I am upholding the department's recommendation for termination of your employment, effective close of business May 16, 2024.

You have a right to file a grievance regarding this disciplinary action in accordance with Chapter 8 of The Personnel Policies and Procedures Manual.

Scott A Stevens, County Administrator